|   |   |
|---|---|
| OREGON SEALARK, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>,<br><br>        Defendants. | Case No. 19-cv-04305-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 7, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

CLAIMANT'S MOTION TO SET ASIDE BENCH TRIAL filed by July 2, 2020;
    Opp. Due: July 17,2020; Reply Due: July 24, 2020;
    and set for hearing on August 7, 2020 at 10:00 a.m.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  n/a

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 18, 2020.

DESIGNATION OF EXPERTS: August 28, 2020; REBUTTAL: September 18, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: November 20, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 8, 2021;
    Opp. Due: January 22, 2021; Reply Due: January 29, 2021;
    and set for hearing no later than February 12, 2021 at 10:00 AM.

PRETRIAL CONFERENCE DATE: March 16, 2021 at 3:30 PM.

BENCH TRIAL DATE: March 29, 2021 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties have agreed to complete private mediation by 6/21/20. Counsel shall inform the Court of the mediator selected and the date of the session.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 2/19/20

_____
SUSAN ILLSTON
United States District Judge