UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of OREGON SEALARK, LLC, owner, and BRUSCO TUG & BARGE, INC., owner pro hac vice, of the vessel "ARTHUR BRUSCO",<br><br>　　　　　Plaintiffs, | Case No. 19-cv-04305-SI<br><br>**ORDER REFERRING DISCOVERY DISPUTE TO MAGISTRATE JUDGE**<br><br>Re: Dkt. Nos. 57, 58 |

The parties have filed a joint letter regarding a discovery dispute, and they request that the dispute be resolved by a magistrate judge. Accordingly, the Court hereby REFERS the discovery dispute at Docket Nos. 57 and 58 to a magistrate judge for resolution.

**IT IS SO ORDERED**.

Dated: March 12, 2021

　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge