UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF OREGON SEALARK, LLC.

Case No. 19-cv-04305-SI (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 58

The Court orders Claimants to email the redacted and unredacted text messages at issue, as well as the privilege log, to TSHpo@cand.uscourts.gov by March 23, 2021, so that the Court may conduct an *in camera* review. The Court orders the parties to file a joint discovery letter brief not to exceed five pages no later than March 29, 2021 discussing whether communications between joint clients while preparing to approach a lawyer for legal advice are privileged.[1]

**IT IS SO ORDERED.**

Dated: March 22, 2021

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] At the March 22, 2021 hearing, the parties agreed that federal law governs any claim of attorney-client privilege in this case. *See* Fed. R. Evid. 501